In the MATTER OF the ESTATE
OF Edward J. BURKE

Kevin Burke, Plaintiff
Below, Appellant,

v.

Mildred Burke, Defendant
Below, Appellee.

No. 48, 2017

Supreme Court of Delaware.

Submitted: August 23, 2017
Decided: August 24, 2017

Court Below: Court of Chancery of the
State of Delaware, C.A. No. 10768

AFFIRMED.

■

James WILSON, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 321, 2017

Supreme Court of Delaware.

Submitted: August 23, 2017
Decided: August 25, 2017

Court Below—Superior Court of the
State of Delaware, Cr. ID No. 1304003168
(K)

DISMISSED.

■

A. Brad RICHARDSON, Defendant
Below, Appellant,

v.

BOARD OF PENSION TRUSTEES,
Plaintiff Below, Appellee.

No. 574, 2016

Supreme Court of Delaware.

Submitted: August 23, 2017
Decided: August 29, 2017

Court Below—Superior Court of the
State of Delaware, C.A. S16A–02–002

AFFIRMED.

Derrick SUDLER, Defendant–
Below, Appellant,

v.

STATE of Delaware, Plaintiff–
Below, Appellee.

No. 321, 2016

Supreme Court of Delaware.

Submitted: August 16, 2017
Decided: August 29, 2017

Court Below—Superior Court of the
State of Delaware, CR. ID No. 1208012890
(N)

AFFIRMED.